HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMANDA WEST, individually and as Personal Representative of the Estate of PATRICK EASTON WEST; PATRICK ERROL WEST; and BERTHA WEST,<br><br>Plaintiffs,<br><br>vs<br><br>THE CITY OF MONTESANO, WASHINGTON; THE CITY OF ABERDEEN, WASHINGTON; THE CITY OF HOQUIAM, WASHINGTON; BRETT VANCE; DALE GREEN; ANDY SNODGRASS; ROBERT WILSON; and DAVID PETERSON;<br><br>Defendants. | NO. 3:21-cv-05077-TL<br><br>STIPULATED MOTION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED ON MOTION CALENDAR: December 28, 2021 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-entitled action as to all claims and all defendants shall be dismissed with prejudice and without costs or attorney fees to any party hereto, this matter having been fully settled and compromised between the parties.

STIPULATED MOTION AND PROPOSED ORDER OF DISMISSAL - 1

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

1  DATED this 28th day of December, 2021.

FLOYD, PFLUEGER & RINGER, P.S.

By: */s/ Thomas B. Nedderman*
   Thomas B. Nedderman, WSBA No. 28944
   *Attorney for Defendant City of Federal Way*


MACDONALD, HOAGUE & BAYLESS

By: */s/ Timothy K. Ford*
   Timothy K. Ford, WSBA No. 5986
   Tiffany M. Cartwright, WSBA No. 43565
   Mika Rothman, WSBA No. 55870
   *Attorneys for Plaintiff*


LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

By: */s/ John E. Justice*
   John E. Justice, WSBA No. 23042
   *Attorney for Defendants Aberdeen, Hoquiam, Green, Snodgrass & Peterson*

STIPULATED MOTION AND PROPOSED ORDER OF DISMISSAL - 2

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

**ORDER**

Pursuant to the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs or attorney fees to any party.

SIGNED this _____ day of December, 2021.

                                                                    _____
                                                                    HONORABLE TANA LIN

Presented by:

FLOYD, PFLUEGER & RINGER, P.S.

By: */s/ Thomas B. Nedderman*
     Thomas B. Nedderman, WSBA No. 28944
     *Attorney for Defendants City of Montesano, Vance and Wilson*

STIPULATED MOTION AND PROPOSED ORDER OF DISMISSAL - 3

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484