HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA WEST, individually and as Personal Representative of the Estate of PATRICK EASTON WEST; PATRICK ERROL WEST; and BERTHA WEST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs<br><br>THE CITY OF MONTESANO, WASHINGTON; THE CITY OF ABERDEEN, WASHINGTON; THE CITY OF HOQUIAM, WASHINGTON; BRETT VANCE; DALE GREEN; ANDY SNODGRASS; ROBERT WILSON; and DAVID PETERSON;<br><br>　　　　　　　Defendants. | NO. 3:21-cv-05077-TL<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED ON MOTION CALENDAR:<br>January 19, 2022 |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-entitled action as to all claims and all defendants shall be dismissed with prejudice and without costs or attorney fees to any party hereto, this matter having been fully settled and compromised between the parties.

STIPULATED MOTION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 1

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

DATED this 19th day of January, 2022.

        FLOYD, PFLUEGER & RINGER, P.S.

By: */s/ Thomas B. Nedderman*
   Thomas B. Nedderman, WSBA No. 28944
   *Attorney for Defendants City of Montesano, Vance & Wilson*

MACDONALD, HOAGUE & BAYLESS

By:*/s/ Timothy K. Ford*
   Timothy K. Ford, WSBA No. 5986
   Tiffany M. Cartwright, WSBA No. 43565
   Mika Rothman, WSBA No. 55870
   *Attorneys for all Plaintiffs*

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

By: */s/ John E. Justice*
   John E. Justice, WSBA No. 23042
   *Attorney for Defendants Aberdeen, Hoquiam, Green, Snodgrass & Peterson*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 2

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484

**ORDER**

Pursuant to the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs or attorney fees to any party.

SIGNED this __19th__ day of January, 2022.

*[signature]*

Tana Lin
United States District Judge

Presented by:

FLOYD, PFLUEGER & RINGER, P.S.

By: */s/ Thomas B. Nedderman*
   Thomas B. Nedderman, WSBA No. 28944
   *Attorney for Defendants City of Montesano, Vance & Wilson*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 3

FLOYD, PFLUEGER & RINGER P.S.
200 W. THOMAS ST., SUITE 500
SEATTLE, WA 98119-4296
TEL 206 441-4455
FAX 206 441-8484